**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, JR., | No. C 08-5425 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDWARD C. FLORES; et al., | |
| Defendants. | |

This action is dismissed without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

Dated: April 13, 2009

_____
SUSAN ILLSTON
United States District Judge